(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

Case No. _____**25 CV 6506·W**_____

*(to be filled in by the Clerk's Office)*

*Thomas W Croone*
_____
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**JURY TRIAL**: Yes ✓   No ___

*Erie County Correctional Facility*
_____
Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

UNITED STATES DISTRICT COURT
FILED
SEP 22 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Thomas W Cooye ICN 94051*

All other names by which you have been known:
→ *1 Hickory Hill Condo 7*
ID Number  *ICN 94051*
→ *Williamsville, New York 14221*
Current Institution  *Erie County Correctional Facility*
Address  *11581 Walden Avenue*
*Alden*        *NY*        *14004*
     City            State            Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  *Erie County Correctional Facility*
Job or Title *(if known)*
Shield Number
Employer
Address  *11581 Walden Av*
*Alden*        *NY*        *14004*
     City            State            Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name
Job or Title *(if known)*
Shield Number
Employer
Address

     City            State            Zip Code

☐ Individual capacity    ☐ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*My 5ᵗʰ, 8ᵗʰ, 13ᵗʰ, and 14ᵗʰ Amendments are Violated , Human Rights Laws.*

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*   *Incarcerated Individual @ Erie County Correctional Facility where my health is deteriorating because of lack of Care and deplorable Conditions*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**  What date and approximate time did the events giving rise to your claim(s) occur?

The initial slip and fall occured May 10th (shower @ Romeo Housing unit) Refer to III statement of Claim.

**D.**  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I suffered a slip and fall, fractured my elbow, right arm and have lost mobility, with no medical care from health staff. please refer to III statement of Claim

I have been promised an ortho surgeon appt for 2 months now

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered a slip and fall, fractured my right elbow, right arm and have lost mobility, with absolutely no medical care as promised. please refer to III (statement of Claim)

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking damages in relief of 2.7 million dollars ($2,700,000) I fear life time loss of mobility of my arm, I am in constant pain as a result of the complete ignorance of Erie County Correctional medical staff, officers, sgts etc. I fear that severe medical crisis is occuring, Please refer to VI Relief Pg.

**VII.**   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Erie County Correctional Facility*

**B.**   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*It covers my medical claim but still, no resolution)*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

**E.**    If you did file a grievance:

1.    Where did you file the grievance?

*I filed the grievance on the Hotel unit at the Erie County Correctional Facility*

2.    What did you claim in your grievance?

*I claimed extreme negligence on the part of staff, medical staff etc.*

3.    What was the result, if any?

*Absolutely nothing broken promises*

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

*I keep grieving the situation, still nothing. Pain is severe*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*None*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☐ Yes

     ☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s)      _____
          Defendant(s)      _____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*
          _____

     3.   Docket or index number
          _____

     4.   Name of Judge assigned to your case
          _____

     5.   Approximate date of filing lawsuit
          _____

     6.   Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition.    _____

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
          in your favor? Was the case appealed?)*

          _____

          _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       _August 18, 2025_

Signature of Plaintiff       _____

Printed Name of Plaintiff    _Thomas N Croome_

Prison Identification #      _94051_

Prison Address              _Erie County Correctional Facility    11581 Walden av_
                            _Alden_                     _NY_        _14004_
                            City                       State      Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_____     _____    _____
                    City            State      Zip Code

Telephone Number

E-mail Address

Print        Save As...        Add Attachment                Reset

III    Statement of Claim

To whom it may concern;

My name is Thomas Cooge, I am presently incarcerated at the Erie County Correctional Facility in Alden, New York on a criminal Contempt charge. I am scheduled for release in March of next year (2026). On or about May 10ᵗʰ of this year, while being housed @ the Payco Housing unit I suffered a slip and fall and injured my right hand and elbow.

Upon making a report with the medical unit, I was seen approx one week later, then scheduled for an x ray Which occured within a few more weeks. While all of this was occuring, symptoms seemed to be worsening. Through out waiting, I was told by ECCF medical staff that "No News was good News". Only to then be informed that my elbow was indeed fractured and I would be scheduled to see an ortho surgeon. Now, as of late August, I have yet to see and hear anything relating to me seeing this So called Ortho Surgeon. As told by medical staff. I have Continued to "drop" medical slips to staff all while now loosing mobility in my hand as well as Continuous pain and swelling, as well as various occuring numbness. I am beginning to suffer inversely and live in constant fear of loosing all mobility in my arm as per the blatent lack of much needed medical care.

Along with my medical issues, the Erie County Correctional Facility has Continued to violate over and over my human rights, both Federal and State, as well as World laws made by the U.N. and signed by the United States. I am being forced to shower with other people, with both male and female guards being able to see my naked body. I am being forced to use unclean, unsanitized bathrooms and sinks, where as toxic, dirty water does not drain properly, it makes for proper sanitation to be impossible. I am being forced to use unclean, unsanitized

bathrooms and shower facilities with no doors or walls, along side other people in bathrooms, showers etc. Being forced to use showers and bathrooms with guards looking in on me whenever they want. I am being forced to take part in naked searches, I am being chained and hand cuffed against my will. If I do not do as I am told, I am placed in or will be in solitary confinement for days, weeks and even months at a time. I am being forced to drink unclean, un sanitary water from un sanitary sinks I am being forced to eat un healthy, un cooked, un clean, sub standard food, or the alternative is to starve. I am on a very very unhealthy disgusting Housing unit that has a K9 Program also housed there. the dogs urinate and drop fecies all over the carpeted area, with out proper cleaning taking Place, an absolute disgrace to what I once thought was a positive program and what the Erie County sheriff badge stands for. As I previously mentioned, the medical care has impacted me in such a negitive way that I now fear it will affect me for the rest of my life. Along with my fractured arm with no medical care, I am continuously surrounded on a daily basis by contageous, infectious disease. this is all an extreme violation of my human and civil rights.

I am asking the Clerk to please inform me if more info is needed. Also please let me know the next steps going forward and I ask that you Please keep me properly informed. I am also asking to have all my fees waived, as I am currently Jailed in these deplorable, un healthy, sub standard conditions at this time. I am now deprived of my Property that I own, without due Process. I am now deprived of my rights of life, liberty and happiness, without due Process. I have now been made, nothing more than a slave, without a name. I am now Just a

Number that is deprived of due Process of law and have had my family taken away from me without due process.

IV  Relief

→ Asking in damages and relief of 2.7 Million dollars.
($ 2,700,000). Asking to have any and all taxes and wages
compensated due to my rights being violated. Due to my inhumane treatment
as a result of the actions of the aforementioned defendants. I now have
severe PTSD and severe medical issues, involving and including, heart
related, stress issues and of course my fractured arm. As I have
mentioned before I am being forced to be strip searched, handcuffed,
shackled, and chained. It has led to extreme illness, both physically and
Psychologicly. I am in extreme physical pain from lack of medical care
and being forced to sleep and lay on steel framed beds with little to no
cushioning, there has now been extreme negligence by staff all around
me. Its actully very very freightening to think how the County
employees treat people such as me with severe medical trauma.
extremely negligant as stated and disgraceful.

NAME: Ron Miller    ICN# 149058    ERIE
COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK   14004

14502-33509-6

USDC - WDNY
SEP 22 2025
BUFFALO

Pro-Se

(PO)

Robert H Jackson
United States Courthouse
2 Niagara Square
Buffalo New York
14202

SEP 19 2025
000610020069
$ 000.29
02 7H
ZIP 14202
US POSTAGE PITNEY BOWES
Correction
ROCHESTER NY 144